# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| **TNT INDUSTRIES INC.,**  Plaintiff, | **CASE NO. 1:19-cv-6** |
| v. | **COMPLAINT** |
| **SUPERMARKET PARTS WAREHOUSE, INC.,**  Defendant. | **JURY DEMANDED** |

Plaintiff, TNT INDUSTRIES INC., for its Complaint against Defendant SUPERMARKETS PARTS WAREHOUSE, INC., states:

## PARTIES AND JURISDICTION

1. TNT Industries is an Iowa corporation whose principal place of business is in Audubon, Iowa.

2. On information and belief, Defendant Supermarket Parts Warehouse is a New York corporation whose principal place of business is in Mountaindale, New York.

3. The Court has subject-matter jurisdiction under 28 U.S.C. § 1332(a)(1) because the parties are completely diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. This Court has personal jurisdiction over Supermarket Parts Warehouse.

## BACKGROUND

5. TNT Industries manufactures and distributes, among other things, display cases, shelves, and shelving parts used in department, grocery, and convenience stores nationwide.

6. At its headquarters in Audubon, TNT Industries employs approximately 20 employees.

7. Supermarket Parts Warehouse, among other things, purchases and sells shelves and parts for display cases used in grocery and convenience stores.

8. Between July 11, 2018, and September 28, 2018, Supermarket Parts Warehouse submitted 23 purchase orders to purchase shelves from TNT Industries. True and correct copies of the purchase orders are attached as Exhibit 1.

9. TNT Industries fully performed under these agreements by delivering shipments of shelves and necessary crating to Supermarket Parts Warehouse.

10. Supermarket Parts Warehouse accepted the goods, and Supermarket Parts Warehouse has never contended that the goods suffered from any defects.

11. TNT Industries issued invoices to Supermarket Parts Warehouse for the shelves and crating. True and correct copies of the invoices reflecting these sales are attached as Exhibit 2.

12. Supermarket Parts Warehouse has not paid for the goods TNT Industries supplied.

13. TNT Industries has demanded payment from Supermarket Parts Warehouse, but Supermarket Parts Warehouse owes $109,351.50 on the unpaid invoices.

14. Supermarket Parts Warehouse also owes TNT Industries interest on its outstanding balance as provided under Iowa Code section 535.2(1)(b).

## COUNT I
### Breach of Contract

15. TNT Industries re-alleges the preceding paragraphs as though fully restated herein.

16. The parties entered into an enforceable contract for the sale of the shelves and crating.

17. TNT Industries fulfilled its obligations to Supermarket Parts Warehouse under the parties' contract.

18. Supermarket Parts Warehouse accepted the goods.

19. Supermarket Parts Warehouse's failure to pay the outstanding balance on the invoices, totaling $109,351.50, is a breach of contract.

20. As a result of Supermarket Parts Warehouse's failure to pay, TNT Industries has suffered damages in the amount of $109,351.50, plus statutory interest, attorney's fees, and the costs of bringing this action.

WHEREFORE, TNT Industries seeks a judgment from the Court in its favor and against Supermarket Parts Warehouse for damages in the amount of $109,351.50, plus

statutory interest, attorney's fees, costs of this action, and other relief the Court deems just and appropriate.

## COUNT II
### Account Stated

21.    TNT Industries re-alleges the preceding paragraphs as though fully restated herein.

22.    TNT Industries delivered the goods to Supermarket Parts Warehouse in accordance with the parties' agreement.

23.    TNT Industries accurately invoiced Supermarket Parts Warehouse for the goods.

24.    Supermarket Parts Warehouse acquiesced in the existence of its account owing to TNT Industries. Supermarket Parts Warehouse also failed to object to the outstanding invoices in a reasonable amount of time.

25.    Despite TNT Industries' demands, Supermarket Parts Warehouse has not paid the outstanding balance on the invoices.

26.    As a result of Supermarket Parts Warehouse's failure to pay, TNT Industries has suffered damages in the amount of $109,351.50, plus statutory interest, attorney's fees, and the costs of bringing this action.

WHEREFORE, TNT Industries seeks a judgment from the Court in its favor and against Supermarket Parts Warehouse for damages in the amount of $109,351.50, plus statutory interest, attorney's fees, costs of this action, and other relief the Court deems

just and appropriate.

| | |
|---|---|
| Dated: March 7, 2019 | /s/ Brandon R. Underwood |
| | Brandon R. Underwood |
| | Philip S. Bubb |
| | FREDRIKSON & BYRON, P.A. |
| | 505 East Grand Avenue, Suite 200 |
| | Des Moines, Iowa  50309 |
| | Telephone:  (515) 242-8900 |
| | FAX:  (515) 242-8950 |
| | bunderwood@fredlaw.com |
| | pbubb@fredlaw.com |

***Attorneys for Plaintiff***